UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIFFANY WUEBBLES and ERIC WUEBBLES,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL RECOVERY SERVICES, LLC, TOM KRAMER, CHARLES LOFTON, JERRY THOMPSON, MR. PEREZ, MR. GUREY, MR. HENRY, SHEKINAH, INC., and SHEKINAH PORTFOLIO SERVICES, INC.,<br><br>Defendants. | Case No. 07-cv-548-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiffs Tiffany Wuebbles and Eric Wuebbles dismissing claims against defendants Capital Recovery Services, LLC, Tom Kramer, Charles Lofton, Jerry Thompson, Mr. Perez, Mr. Gurey, and Mr. Henry (Doc. 8). Rule 41(a)(1)(A)(i) allows dismissal of all claims against a party by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. The defendants sought to be dismissed have not filed an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to dismiss their claims against those defendants at the present time, the Court finds that all claims against defendants Capital Recovery Services, LLC, Tom Kramer, Charles Lofton, Jerry Thompson, Mr. Perez, Mr. Gurey, and Mr. Henry are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: April 2, 2008**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**