UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIFFANY WUEBBLES and ERIC WUEBBLES,

    Plaintiffs,

    v.

CAPITAL RECOVERY SERVICES, LLC, TOM
KRAMER, CHARLES LOFTON, JERRY
THOMPSON, MR. PEREZ, MR. GUREY, MR.
HENRY, SHEKINAH, INC., and SHEKINAH
PORTFOLIO SERVICES, INC.,

    Defendants.

Case No. 07-cv-548-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on the Notice of Voluntary Dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiffs Tiffany Wuebbles and Eric

Wuebbles dismissing claims against defendants Shekinah, Inc. and Shekinah Portfolio Services,

Inc. (Doc. 12).  Rule 41(a)(1)(A)(i) allows dismissal of all claims against a party by a plaintiff

without a court order at any time before service by an adverse party of an answer or of a motion

for summary judgment, whichever first occurs.  The defendants sought to be dismissed have not

filed an answer or motion for summary judgment in this case.  Because the plaintiffs have an

absolute right to dismiss their claims against those defendants at the present time, the Court finds

that all claims against defendants Shekinah, Inc. and Shekinah Portfolio Services, Inc. are

**DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment

accordingly.  The Court's order to show cause (Doc. 13) is **DISCHARGED**.

**IT IS SO ORDERED.**
**DATED:  June 11, 2008**

                  s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**