UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIFFANY WUEBBLES and ERIC WUEBBLES,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAPITAL RECOVERY SERVICES, LLC, TOM KRAMER, CHARLES LOFTON, JERRY THOMPSON, MR. PEREZ, MR. GUREY, MR. HENRY, SHEKINAH, INC., and SHEKINAH PORTFOLIO SERVICES, INC.,<br><br>  Defendants. | Case No. 07-cv-548-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiffs having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated: June 11, 2008                By:s/Deborah Agans, Deputy Clerk



Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**